SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br>         Plaintiff, <br><br>    vs. <br><br> CARL KARCHER ENTERPRISES, INC. <br><br> et. al., <br><br>         Defendants. | Case No. **2:07-cv-02514-FCD-EFB** <br><br> **STIPULATION AND ORDER RE REQUEST FOR CONTINUANCE OF TRIAL** |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the trial. Plaintiff and Defendants, Carl Karcher Enterprises, Inc. and Lamorinda Development & Investment are in agreement.

Trial date was initially set for December 15, 2009. However, Plaintiff's expert will be out of the country and requests that the Court continue the trial to a later date. All parties and experts are available April 6, 2010 for

Trial if these dates are acceptable or at the convenience of the Court.

Dated: October 2, 2009          /s/Scott N. Johnson
                                Scott N. Johnson,
                                Attorney for Plaintiff

Dated: October 2, 2009          /s/ Scott R. Hatch
                                Scott R. Hatch,
                                Attorney for Defendants

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the trial continued to **April 6, 2010, at 9:00 a.m.** The Final Pretrial Conference will be held on **February 5, 2010 at 2:00 p.m.** The Joint Pretrial Statement is due January 29, 2010.

Dated: October 2, 2009          _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE