IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                                        No. CIV S-07-2514 KJM EFB

      vs.

CARL KARCHER ENTERPRISES,           ORDER

      Defendant.

_____/

      This case was on calendar on April 27, 2011 for a status conference. Plaintiff Scott Johnson appeared in propria persona; Ryan Ferrell, Newport Trial Group, appeared for defendant.

      The court sets the following dates for this action:

      1. A settlement conference is set in this action on Tuesday, June 21, 2011 at 9:00 a.m. in Courtroom Twenty-Five before Magistrate Judge Kendall J. Newman. The parties are directed to exchange non-confidential settlement conference statements seven days prior to this settlement conference. These statements shall simultaneously be delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

/////

        2. Defendant must notify the court within twenty-one days of this order whether it will stipulate to the use of a California Access Specialist for purposes of determining injunctive relief.

        3.  A final pretrial conference will be held Wednesday, August 3, 2011 at 10:00 a.m. in Courtroom Three.  The parties' joint pretrial statement is due fourteen days before the pretrial conference date.

        4. Trial is set for Monday, September 26, 2011 at 9:00 a.m. in Courtroom Three.

    IT IS SO ORDERED.

DATED:  April 29, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

john2514.sts