SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Carl Karcher Enterprises, Inc.,<br>et al,<br><br>　　　　Defendants | Case No. **2:07-cv-02514-KJM-EFB**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

　　IT IS HEREBY ORDERED THAT

　　　　1. This action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2); and

　　　　2. The dates for final pretrial conference on August 3 and jury trial on September 26, 2011 are hereby vacated.

DATED:  July 22, 2011.

_____
UNITED STATES DISTRICT JUDGE